IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 4:19-cr-00080-RSB-CLR |
| ) | |
| LEVI OURY ) | |
| ) | |

**ORDER**

Upon consideration of the Motion for Leave of Absence filed by counsel for Levi Oury in the above-referenced case for September 30, 2019 through and including October 14, 2019, the same is hereby GRANTED.

It is so ORDERED this 2nd day of July, 2019.

THE HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:
Paul S. Kish
Kish Law LLC
225 Peachtree Street, NE
1700 South Tower
Atlanta, Georgia 30303
404-207-1338; Fax 404-207-1339
paul@kishlawllc.com