IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
UNITED STATES OF AMERICA    )
                            )
        v.                  )    Case No.4:19-cr-00080-RSB-CLR
                            )
LEVI OURY                   )
                            )
_____)
```

**ORDER**

Upon consideration of the Motion for Leave of Absence filed by counsel for Levi Oury in the above-referenced case for March 4, 2020 through and including March 6, 2020, the same is hereby **GRANTED**.

It is so **ORDERED** this 27th day of December, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE