IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.4:19-cr-00080-RSB-CLR |
| ) | |
| LEVI OURY ) | |
| _____) | |

### **ORDER**

Upon consideration of the Motion for Leave of Absence filed by counsel for Levi Oury in the above-referenced case for September 20, 2020 through and including September 28, 2020, the same is hereby GRANTED.

It is so ORDERED this 16th day of January, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia