# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.               ) | CR419-080 |
| ) | |
| LEVI JOSEPH OURY, ) | |
| ) | |
| Defendant.    ) | |

## ORDER

E. Jay Abt, counsel for defendant, has filed a motion for leave of absence requesting 130 days of leave during the fourteen-month period of November 2020 to the end of 2021. Doc. 122. Mr. Abt has provided no specific reason for any of the requested time. While counsel is entitled to seek leave (and leave requests are generally granted liberally), his request to be unavailable for nearly one-third of the fourteen months is excessive. As such, the motion is **DENIED WITHOUT PREJUDICE** to refile for a narrower window of time and/or a more specific justification for the requested dates.

**SO ORDERED**, this 30th day of October, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA