# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

UNITED STATES OF AMERICA,    )

                                  )

v.                              )            CV419-080

                                  )

LEVI JOSEPH OURY,           )

                                  )

       Defendant.          )

## ORDER

Before the Court is E. Jay Abt's, counsel of defendant, motion for leave of absence.  Doc. 124.  The Court denied a prior motion by Abt in which he requested 130 days of leave during the fourteen-month period of November 2020 to the end of 2021 without explanation.  Doc. 123 (denying doc. 122).  Abt's new motion reduces his total request to 101 days and provides a reason for each requested absence.  *See* doc 124.  Though counsel has pared back his request, the number of days sought and the total period of time covered remain excessive.  Therefore, the motion is **GRANTED, IN PART,** and **DENIED, IN PART**.

Abt's request for leave is **GRANTED** for the periods of November 23, 2020, through November 30, 2020; December 17, 2020, though January 4, 2021; March 28, 2021 through March 30, 2021; and April 3,

2021, through April 11, 2021.  His request for leave for the period of January 18, 2021, through January 29, 2021, is **DENIED**.  The remainder of his request is **DENIED WITHOUT PREJUDICE** to refile at a time closer to the dates requested.

    **SO ORDERED**, this 9th day of November, 2020.


_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA